IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

    vs.          **Civil No. 10-290 RB/ACT**

2007 DODGE RAM
VIN:1D7HA18247J542918,

$3,990.00 IN U.S. CURRENCY,

4 FIREARMS:
CENTURY ARMS INTERNATIONAL RIFLE M70AB2T SN:435443,
ISRAEL WEAPONS IND. UZI SEMI-AUTOMATIC 9 MM SN:SA34216,
TAURUS PT99 PISTOL SN:TSJ37103,
RUGER BLACKHAWK HANDGUN SN:31-08492,

    *Defendants,*

and

JEREMIAH WRIGHT,
E-LUCYVE INC. DBA DIGIINET,
VIRGILO GONZALEZ,

    *Claimants.*

## Default Judgment

This matter having come before the court on the United States' Motion for Default Judgment, Doc. 11, pursuant to Rule 55 (b) (2) of the Federal Rules of Civil Procedure, the Court having reviewed the motion and other material matters on file and being fully advised in the premises, FINDS:

    1.    The statements contained in the Complaint for Forfeiture of Property, Praecipe, Clerk's Certificate of Default, and Motion for Default Judgment are true.

    2.    This Court has jurisdiction over the parties to and the subject matter of this action

and power to enter this Default Judgment.

It is therefore ORDERED that all right, title and interest in the defendant property is forfeited to the United States and title thereto is vested in the United States.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

*Electronically submitted 8/5/10*
CYNTHIA L. WEISMAN
Assistant U.S. Attorney